It has been held that section 15.3 is a mandatory regulation, and compliance with it is prerequisite to allowance of duties under section 506(1). *Tapscott's et al.* v. *United States*, 31 Cust. Ct. 103, C.D. 1552; *H. Schnell & Co.* v. *United States*, 65 Treas. Dec. 868, T.D. 47073.

Written notice of abandonment, timely filed with the collector, is one of the requirements of the regulation. On the record before us, not only is there no proof that plaintiff actually filed any written notice, but plaintiff's sole witness concedes that, if such notice was ever filed, it was not timely filed. Plaintiff has not borne its burden of proof. Legal abandonment of the 25 gross of playing cards has not been shown. The statute does not permit the claimed allowance.

The protest is overruled.

BEFORE THE FIRST DIVISION, OCTOBER 18, 1961

**No. 66149.**—Ross Products, Inc. *v.* United States, protest 61/1909 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass payerweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

**No. 66150.**—B. Shackman & Co., Inc., et al. *v.* United States, protests 58/2614, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Dutch girl tea sets similar in all material respects to those the subject of Abstract 65155, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 18, 1961

**No. 66151.**—The Indian Company et al. *v.* United States, protests 292513-KS/8320, etc. (Chicago).

343

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66152.—Raleigh Industries of America, Inc. *v.* United States, protests 310665–KS and 313326–KS (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66153.—Chain Bike Corp. et al. *v.* United States, protests 313669–KS, etc. (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66154.—M. J. Bourgi et al. *v.* United States, protests 59/4870–S, etc. (New York).